# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PETER AGUILAR, | CASE NO. ED CV 07-01140 PA (RZ) |
| Petitioner, | JUDGMENT |
| vs. | |
| DERRAL G. ADAMS, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of PAUL PETER AGUILAR for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 20, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE